# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 24, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

135301

DEBRA HAMILTON, Next Friend of
JOSHUA SCHULTZ, Minor,
       Plaintiff-Appellant,

v

                                          SC: 135301
                                          COA: 267522

ELAINE GROSS,
       Defendant-Appellee.
                                          Livingston CC: 04-020836-NI

_____/

      On order of the Court, the application for leave to appeal the August 21, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 24, 2008

_____
                          Clerk

d0317